H. Post, individually, etc., against William J. Logan. J. M. Gifford, for appellant. H. R. Griffith, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs. Order filed.

POTTHOFF, Appellant, v. SAFETY ARMORITE CONDUIT CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Gerhard T. Potthoff against the Safety Armorite Conduit Company. No opinion. Motion granted, without costs. See, also, 127 N. Y. Supp. 994.

PRATT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Arthur M. Pratt against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

PRESKY, Respondent, v. DEGNON–McLEAN CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Francis C. Presky against the Degnon-McLean Contracting Company. J. F. Donnelly, for appellant. R. Stewart, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 125 App. Div. 381, 109 N. Y. Supp. 883.

QUEENS TERMINAL CO., Respondent, v. SCHMUCK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the Queens Terminal Company against J. V. Schmuck and others. No opinion. Reargument ordered on the questions involved in the application for the appointment of commissioners, and case set down for Thursday, April 27, 1911.

QUINLAN, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by William J. Quinlan against the Staten Island Midland Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re QUITMAN. (Supreme Court, Appellate Division, First Department. March 24, 1911.) In the matter of Max D. Quitman. No opinion. Reference ordered. Settle order on notice.

RANSOM, Respondent, v. GILMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Rastus S. Ransom against Frazier Gilman, as committee of Anna K. Gilman, a lunatic. No opinion. Order affirmed, with $10 costs and disbursements.

R. B. DAVIS CO. v. ROSENFELD. (Supreme Court, Appellate Term. April 8, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the R. B. Davis Company against Harris Rosenfeld. From a judgment in the Municipal Court of the City of New York in favor of defendant, plaintiff appeals. Reversed, and new trial granted. Baggott & Ryall, for appellant. Henry D. Levy, for respondent.

BIJUR, J. The record in this case is so meager and incomplete as to make it impossible to understand on what the judgment was predicated. From the record as it stands, it would seem that there was no defense at all proved. We have no alternative but to reverse the judgment and grant a new trial, with costs to appellant to abide the event. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.

READ, Appellant, v. INGHAM, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Edward J. Read against Stephen A. Ingham. No opinion. Judgment affirmed, with costs.

REALTY ASSOCIATES, Respondent, v. PURDY, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the Realty Associates against Percy B. Purdy. No opinion. Motion granted. Settle order before Mr. Justice Woodward. See, also, 127 N. Y. Supp. 584.

REDER et al., Respondents, v. BYRNE, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Ignatz Reder and Pauline Goodman, copartners, etc., against John T. Byrne. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 139 App. Div. 916, 124 N. Y. Supp. 1127; 127 N. Y. Supp. 1141.

REED, Respondent, v. GILMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Latham G. Reed against Frazier Gilman, as committee of Anna K. Gilman, a lunatic. No opinion. Order affirmed, with $10 costs and disbursements.

REGAN, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Thomas Regan against the Manhattan Refrigerating Company. No opinion. Order affirmed, with costs. See, also, 127 N. Y. Supp. 1141.

REISS v. UPTON (two cases). (Supreme Court, Appellate Division, First Department. March 17, 1911.) Actions by Edward S. Reiss against King Upton. No opinion. Applications denied, with $10 costs. Orders signed.